UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM DENNIS, <br><br> Plaintiff, <br><br> v. <br><br> DONNA HAW, et al. <br><br> Defendants. | Case No. 25-cv-12893 <br><br> Honorable Robert J. White |

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Before the Court is William Dennis's motion for reconsideration of the October 14, 2025 order dismissing his *pro se* complaint for lack of subject matter jurisdiction. (ECF Nos. 10-11). The Court will decide the motion without a hearing pursuant to E.D. Mich. LR 7.1(h)(3).

Because Dennis fails to demonstrate "(1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice" that would alter the Court's prior decision, reconsideration of the dismissal order is unwarranted. *Betts v. Costco Wholesale Corp.*, 558 F.3d 461, 474 (6th Cir. 2009) (quotation omitted). Accordingly,

IT IS ORDERED that Dennis's motion for reconsideration of the October 14, 2025 order dismissing his *pro se* complaint for lack of subject matter jurisdiction (ECF No. 11) is denied.

Dated: November 14, 2025          s/ Robert J. White
                                                                  Robert J. White
                                                                  United States District Judge